Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−20819−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian E. McTigue
2070 Church Road
Toms River, NJ 08753

Jennifer R. McTigue
aka Jennifer Rose Nowicki
2070 Church Road
Toms River, NJ 08753

Social Security No.:
 xxx−xx−0353

 xxx−xx−9584

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on January 7, 2026.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 7, 2026
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 25-20819-CMG

Brian E. McTigue      Chapter 13

Jennifer R. McTigue

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Jan 07, 2026     Form ID: 148     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian E. McTigue, Jennifer R. McTigue, 2070 Church Road, Toms River, NJ 08753-1439 |
| aty | + | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520845900 | + | Hladik Onorato & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2026 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2026 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: DeftBkr@santander.us | Jan 07 2026 20:55:00 | SANTANDER BANK, N.A., 3 Huntington Quadrangle, Ste101N, Melville, NY 11747-4623 |
| 520845890 | + | Email/PDF: bncnotices@becket-lee.com | Jan 07 2026 21:09:19 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520845891 | + | EDI: TSYS2 | Jan 08 2026 01:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West Street, Wilmington, DE 19801-5014 |
| 520845892 | + | EDI: CAPITALONE.COM | Jan 08 2026 01:47:00 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520879455 | + | EDI: AIS.COM | Jan 08 2026 01:47:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520845894 | | EDI: WFNNB.COM | Jan 08 2026 01:47:00 | Comenity Bank//Express, PO Box 182789, Columbus, OH 43218-2789 |
| 520845895 | + | EDI: WFNNB.COM | Jan 08 2026 01:47:00 | ComenityCapital/ULTAMC, PO Box 182120, Columbus, OH 43218-2120 |
| 520845896 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 07 2026 21:09:40 | Credit One Bank, Attn: Bankruptcy Dept, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520845897 | + | EDI: DISCOVER | Jan 08 2026 01:47:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520845898 | + | EDI: BLUESTEM | Jan 08 2026 01:47:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520845901 | | EDI: IRS.COM | Jan 08 2026 01:47:00 | IRS, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 520845902 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 21:09:42 | LVNV Funding, C/O Resurgent Capital Services, PO BOx 1269, Greenville, SC 29602-1269 |
| 520875531 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 21:09:42 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: 148 | Total Noticed: 28 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 520845904 | | Email/Text: ml-ebn@missionlane.com | Jan 07 2026 20:54:00 | Misson Lane/Tab Bank, PO Box 105286, Atlanta, GA 30304 |
| 520917168 | | EDI: Q3G.COM | Jan 08 2026 01:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520845908 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 07 2026 20:54:00 | State of NJ Div of Taxation, Bankrutpcy Section, PO Box 245, Trenton, NJ 08695 |
| 520862578 | + | Email/Text: DeftBkr@santander.us | Jan 07 2026 20:55:00 | Santander Bank, N.A., 3 Huntington Quadrangle, Suite 101 North, Melville, NY 11747-4623 |
| 520845905 | + | EDI: CITICORP | Jan 08 2026 01:47:00 | Sears/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520845906 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 07 2026 20:55:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 600, Greenville, SC 29601-2165 |
| 520845907 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 07 2026 20:55:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 520926178 | | Email/Text: mtgbk@shellpointmtg.com | Jan 07 2026 20:55:00 | THE BANK OF NEW YORK MELLON, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520845909 | | Email/Text: bankruptcynotices@vivecard.com | Jan 07 2026 20:54:00 | Vive Financial, PO Box 708670, Sandy, UT 04070 |
| 520845910 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 07 2026 20:55:00 | Westlake Financial, 4751 Wilshire Blvd., Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520845893 | *+ | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520845899 | *+ | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520845903 | *+ | LVNV Funding, C/O Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

**Name**              **Email Address**

Albert Russo

| | |
|---|---|
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-39CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-39CB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frances A Tomes | |
| | on behalf of Joint Debtor Jennifer R. McTigue ftomes@tomeslawfirm.com agreenberg@tomeslawfirm.com;tomesfr92561@notify.bestcase.com;mariad@tomeslawfirm.com;tasmync@tomeslawfirm.com;bkteam@tomeslawfirm.com |
| Frances A Tomes | |
| | on behalf of Debtor Brian E. McTigue ftomes@tomeslawfirm.com agreenberg@tomeslawfirm.com;tomesfr92561@notify.bestcase.com;mariad@tomeslawfirm.com;tasmync@tomeslawfirm.com;bkteam@tomeslawfirm.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5