Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 25–20819–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian E. McTigue | Jennifer R. McTigue |
| 2070 Church Road | aka Jennifer Rose Nowicki |
| Toms River, NJ 08753 | 2070 Church Road |
| | Toms River, NJ 08753 |

Social Security No.:
  xxx–xx–0353                        xxx–xx–9584

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 10, 2026</u>           <u>Christine M. Gravelle</u>
                                           Judge, United States Bankruptcy Court